IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

ROGER KLAY and
RENNE KLAY,

CASE NO.: 3:05-bk-01679-PMG
CHAPTER 13

Debtors.

## AFFIDAVIT FOR REIMBURSEMENT OF UNDELIVERABLE DIVIDEND

STATE OF FLORIDA
COUNTY OF DUVAL

CREDITOR: JAX FEDERAL CREDIT UNION, Tax ID No.: 59-0650052
c/o THOMAS LOBELLO, III, ESQUIRE
POST OFFICE BOX 4400
JACKSONVILLE, FLORIDA 32201-4400

BEFORE ME, an officer duly authorized to administer oaths, personally appeared **THOMAS LOBELLO, III,** who being first duly sworn, says as follows:

1. That **JAX FEDERAL CREDIT UNION** is a creditor of the above named Debtors.

2. That I represented the Creditor, **JAX FEDERAL CREDIT UNION,** in the bankruptcy case of **ROGER KLAY and RENNE KLAY, Case No. 3:05-bk-01679-PMG**.

3. That **JAX FEDERAL CREDIT UNION,** whose Tax ID No. is 59-0650052, was duly adjudged a Creditor in the United States Bankruptcy Court for the Middle District of Florida in this case. That said creditor duly filed it's claims, which was thereafter duly allowed. The check was returned to the Trustee as undeliverable.

4. That the said claim has not been sold or assigned, and that it is still the property of the Creditor, **JAX FEDERAL CREDIT UNION.**

5. It is therefore requested that the Clerk of the Court pay to **JAX FEDERAL CREDIT UNION**

all the sums being held by the Clerk of the Court and make said funds payable to **JAX FEDERAL CREDIT UNION**, *c/o Thomas Lobello, III, Esquire, Post Office Box 4400, Jacksonville, Florida 32201-4400.*

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
**THOMAS LOBELLO, III**

Sworn to and subscribed before me this
____ day of ___January___, 2012.

_____
Notary Public
My Commission Expires:

TINA C. OLIVER
Commission # DD 882684
Expires July 16, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

Affiant Personally Known By Me