IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**ROGER KLAY and**

**RENNE KLAY**,  CASE NUMBER: **3:05-bk-01679-PMG**
CHAPTER 13

Debtors.

_____

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Comes now Movant, **JAX FEDERAL CREDIT UNION,** by and through the undersigned attorney, and respectfully requests the Court to enter an order authorizing the payment of unclaimed funds to **JAX FEDERAL CREDIT UNION**, and would show:

1. The Trustee assigned to this case did deposit into the registry of the Court the sums of **$3,748.77**, per 11 U.S.C., Section 347(a), and specifically named **JAX FEDERAL CREDIT UNION,** the rightful party due this amount.

2. The Movant is a Creditor of the Debtor in this bankruptcy case and said funds are still property of this Creditor**.**   Movant's Affidavit was filed with the Court on January 4, 2012 (Docket No.78).

3. There is no dispute or controversy as to these funds, their availability, or to whom they belong.

4. Funds should be payable to:  **JAX FEDERAL CREDIT UNION**, *c/o Thomas Lobello, III, Esquire, Post Office Box 4400, Jacksonville, Florida 32201-4400.*

**WHEREFORE**, Movant respectfully requests the Court to enter an Order authorizing payment of $3,748.77, currently held in the registry of the Court, to the Movant at the above address.

**I HEREBY CERTIFY** that a true copy of the foregoing Motion and Affidavit have been furnished to:

The U.S. Attorney, Attn: Civil Procedures Clerk, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, by U.S. Mail, this 6th day of January, 2012.

                                                          ROLFE & LOBELLO, PA

                                                          /s/ Thomas Lobello, III

                                                          _____
                                                          THOMAS LOBELLO, III, ESQUIRE
                                                          Fla. Bar No.: 603023
                                                          Post Office Box 4400
                                                          Jacksonville, Florida 32201-4400
                                                          (904) 358-1666
                                                          Attorney for Movant